RUSH MOORE LLP
A Limited Liability Law Partnership

J. STEPHEN STREET          1573-0
REGINAULD T. HARRIS        7516-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone No.: (808) 521-0400
Facsimile No.: (808) 521-0597
E-mail address: jsstreet@rmhawaii.com
                rharris@rmhawaii.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA CHING dba LINDA CHING PRODUCTIONS,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FINCH, individually, JOHN FINCH INTERNATIONAL, INC. dba JOHN FINCH ENTERPRISES and/or dba ICEBOX,<br><br>Defendants. | CIVIL NO. CV 01-00783 (SPK)(KSC)<br>(Copyright Infringement)<br><br>PLAINTIFF LINDA CHING dba LINDA CHING PRODUCTIONS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF COMPLAINT FILED ON NOVEMBER 20, 2001 AS AGAINST DEFENDANT JOHN FINCH INTERNATIONAL, INC. dba JOHN FINCH ENTERPRISES and/or dba ICEBOX; CERTIFICATE OF SERVICE<br><br>(Default Judgment against other remaining Defendant JOHN FINCH, individually, filed June 9, 2003)<br><br>No Trial Date Set |

PLAINTIFF LINDA CHING dba LINDA CHING PRODUCTIONS'
NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
COMPLAINT FILED ON NOVEMBER 20, 2001 AS
AGAINST DEFENDANT JOHN FINCH INTERNATIONAL, INC.
dba JOHN FINCH ENTERPRISES and/or dba ICEBOX

Comes now Plaintiff LINDA CHING dba LINDA CHING PRODUCTIONS ("Plaintiff"), by and through her counsel Rush Moore LLP, A Limited Liability Law Partnership, herein and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure gives notice of dismissal without prejudice of the Complaint filed herein on November 20, 2001 as against DEFENDANT JOHN FINCH INTERNATIONAL, INC. dba JOHN FINCH ENTERPRISES and/or dba ICEBOX ("Defendant John Finch International, Inc."). On January 23, 2002, Defendant John Finch International, Inc. received service of the Complaint. Defendant John Finch International, Inc., however, has not filed an answer or other responsive pleading.

On March 3, 2002, Defendant John Finch International, Inc. filed a Notice of Bankruptcy Filing and Automatic Stay with the Court which indicated that Defendant John Finch International, Inc. filed a petition for relief under Chapter 11 of the United State Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Los Angeles Division on January 18, 2002.

On June 9, 2003, the Court entered a default judgment against the only other defendant the action, Defendant JOHN FINCH, individually. The Court entered Default Judgment in favor of Plaintiff and against Defendant John Finch, individually in accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Findings and Recommendations Granting Plaintiff's Motion for Default Judgment as Against Defendant John Finch, individually Filed on April 4, 2003 (file-marked June 9, 2003). Further the Court expressly directed that the Default Judgment against Defendant John Finch, individually be entered as a final judgment since there was no just reason for delay pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

On June 30, 2004, the United States Bankruptcy Court for the Central District of California, Los Angeles Division, issued an Order granting the motion of post-confirmation debtor John Finch International, Inc. seeking a Final Decree closing the Chapter 11 bankruptcy case. The Bankruptcy Court issued the Order closing the Chapter 11 bankruptcy case on July 20, 2004.

However, there are no pending motions, remaining parties, or other remaining issues before the Court in this action. No trial date has been set in this matter.

3

DATED: Honolulu, Hawaii, March 23, 2006.

_____
J. STEPHEN STREET
REGINAULD T. HARRIS
Attorneys for Plaintiff LINDA CHING
dba LINDA CHING PRODUCTIONS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA CHING dba LINDA CHING PRODUCTIONS,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHN FINCH, individually, JOHN FINCH INTERNATIONAL, INC. dba JOHN FINCH ENTERPRISES and/or dba ICEBOX,<br><br>          Defendants. | CIVIL NO. CV 01-00783 (SPK)(KSC)<br>(Copyright Infringement)<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be duly served upon the following party by U.S. mail, postage prepaid, at the last known address, on the date indicated below:

>JOHN FINCH INTERNATIONAL, INC.
>dba JOHN FINCH ENTERPRISES and/or dba ICEBOX
>433 31st Street
>Manhattan Beach, California 90266
>
>Defendant

DATED: Honolulu, Hawaii, March 23, 2006.

                                                  J. STEPHEN STREET
                                                  REGINAULD T. HARRIS
                                                  Attorneys for Plaintiff LINDA CHING
                                                  dba LINDA CHING PHOTOGRAPHY